IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EARL DELACK, et al.**                                             **PLAINTIFFS**

**v.**                                              **CAUSE NO. 1:18-cv-56-LG-RPM**

**HUNT SOUTHERN GROUP, LLC, et al.**                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order entered herewith, the Court finds that this lawsuit should be dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED.**

**SO ORDERED AND ADJUDGED** this the 10th day of March, 2022.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE